# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Juan Pierre Griffin,

*Plaintiff*

v.

Spokane Police Dept., et al,

*Defendant*

Civil Action No. 2:17-CV-00014-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint and the claims therein are DISMISSED WITH PREJUDICE based on the court's finding that the claims and factual allegations contained therein are frivolous and baseless. Judgment of dismissal is entered with prejudice and without costs or attorneys' fees awarded to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Quackenbush . Dismissed with Prejudice.

Date: January 12, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*
Cheryl Cambensy